DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, NA*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANDIDA CHAIDEZ<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; BANK OF AMERICA, N.A., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 2:18-CV-01201-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT BANK OF AMERICA, N.A.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Candida Chaidez (**Plaintiff**) and Defendant Bank of America, N.A. (**BANA**), by and through their respective counsel, file this Joint Stipulation Extending Defendant Bank of America, N.A.'s Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

Only July 2, 2018, Plaintiff filed her Complaint. The current deadline for BANA to answer or otherwise respond to Plaintiff's Complaint is July 27, 2018. Good cause exists for this extension in that the allegations in Plaintiff's Complaint involve her Chapter 13 Bankruptcy filed in 2011, and BANA's reporting of a tradeline during Plaintiff's bankruptcy through March 2017. BANA needs additional time to locate and assemble the documents relating to Plaintiff's claims and BANA's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which BANA has to answer or otherwise respond to Plaintiff's Complaint up to and including August 24, 2018. This is the first stipulation for extension

of time for BANA to respond to Plaintiff's Complaint.

DATED this 20th day of July, 2018.

**AKERMAN LLP**

*/s/ Sean N. Payne*
Sean N. Payne, Esq.
PAYNE LAW FIRM LLC
9550 S. Eastern Ave.,
Suite 253-A213
Las Vegas, NV 89123

*Counsel for Plaintiff*

*/s/ Rex D. Garner, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, NA*

### ORDER

The Joint Stipulation for Extension of Time for Bank of America, N.A. to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this ___20th___ day of ___July___, 2018.

_____
UNITED STATES MAGISTRATE JUDGE