David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDIDA CHAIDEZ, | Case No. 2:18-cv-01201-JCM-VCF |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; BANK OF AMERICA, N.A., and WELLS FARGO BANK, N.A., | **STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Plaintiff Candida Chaidez's claims against Defendant Bank of America, N.A. from the above captioned action, without prejudice.

//

//

Each party will bear their own fees and costs.

    IT IS SO STIPULATED,

    Dated August 22, 2018

| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br><br>*Attorneys for Plaintiff* | /s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |
|---|---|
| /s/ Rex D. Garner<br>Darren T. Brenner, Esq<br>Nevada Bar No. 8386<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>AKERMAN LLP<br><br>*Attorneys for Defendant*<br>*Bank of America, N.A.* | /s/ Bradley T. Austin<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |

## ORDER

**IT IS SO ORDERED.**

DATED: August 27, 2018      _____
                                       UNITED STATES DISTRICT COURT JUDGE