UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CANDIDA CHAIDEZ,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:18-CV-1201 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Chaidez v. Equifax Information Services, LLC et al*, case number 2:18-cv-01201-JCM-VCF.

On September 26, 2018, plaintiff Candida Chaidez filed a notice of settlement with defendant Equifax Information Services, LLC, ("Equifax") requesting that the court vacate all pending dates and filing requirements and set a deadline of sixty (60) days to file a stipulation of dismissal as to defendant Equifax. (ECF No. 18).

In light of the foregoing, plaintiff and Equifax are instructed to submit a joint status report or stipulation of dismissal within sixty (60) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

Accordingly,

IT IS SO ORDERED.

DATED September 28, 2018.

　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**