David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDIDA CHAIDEZ,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; BANK OF AMERICA, N.A., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-01201-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Candida ("Plaintiffs") and Defendants Trans Union, LLC ("Trans Union") and Equifax Information Services, LLC ("Equifax") (collectively, the "Parties"), by and through their counsel of record, have agreed to stipulated to the following:

1. On July 2, 2018, Plaintiff filed her Complaint. (ECF No. 1)

2. On August 16, 2018, Trans Union filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 12).

3. On August 30, 2018, Plaintiff filed her First Amended Complaint. (ECF No. 16).

4. On September 13, 2018, Trans Union filed a Motion to Dismiss Plaintiff's Frist Amended Complaint. (ECF No. 17).

5. Plaintiff's response is due September 27, 2018.

6. Plaintiffs and Trans Union have agreed to extend Plaintiff's response deadline fourteen (14) days to provide additional time for the parties to work towards a possible resolution of Plaintiff's claims against Trans Union. As a result, the Parties hereby request this Court to extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Plaintiff's First Amended Complaint through and including October 11, 2018.

///

///

///

///

///

///

///

///

///

This is the first request for an extension of this deadline, and is not made for purposes of delay.

**IT IS SO STIPULATED.**

Dated September 26, 2018

| | |
|---|---|
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | */s/ Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |
| */s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* | |

**ORDER**

**IT IS SO ORDERED.**

Dated: October 2, 2018

_____
UNITED STATES DISTRICT JUDGE