David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANDIDA CHAIDEZ,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; BANK OF AMERICA, N.A., and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-01201-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Plaintiff Candida Chaidez's claims against Defendant Trans Union, LLC from the above captioned action, with prejudice.

//

//

Each party will bear their own fees and costs.

    IT IS SO STIPULATED,

    Dated November 7, 2018

| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br><br>*Attorneys for Plaintiff* | /s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |
|---|---|
|  | /s/ Bradley T. Austin<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |

## ORDER

**IT IS SO ORDERED.**

DATED: November 14, 2018

_____
UNITED STATES DISTRICT COURT JUDGE